UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 09-4207 DSF (RCx) | Date | 7/17/09 |
|---|---|---|---|
| Title | Guadalupe Arevalo, et al. v. Gruma Corporation, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Action to State Court

The Court has received and reviewed Defendant's Response to Order to Show Cause re Remand to State Court. The Court finds that the amount in controversy requirement is not met and therefore removal was improper. This action is REMANDED to the Superior Court, County of Los Angeles.

IT IS SO ORDERED.